a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ADAM S. RODRIGUEZ, Plaintiff | CIVIL DOCKET NO. 1:20-CV-936-P |
| VERSUS | JUDGE DRELL |
| J. BALTAZAR, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Before the Court is a Complaint (ECF No. 1) filed by *pro se* Plaintiff Adam S. Rodriguez ("Rodriguez"). Rodriguez is an inmate in the custody of the United States Bureau of Prisons, incarcerated at the Federal Correctional Institution in Pollock, Louisiana. He names as Defendants the United States of America, J. Baltazar, Officer Poche, Officer Dennie, Lt. Scarber, Mr. Pace, Mr. Cordova, Ms. Fontenot, Nurse Rhodes, Nurse Koon, Nurse Practitioner Smith, and Ms. E. Early.

Because Rodriguez failed to comply with the Court's Order to amend his Complaint (ECF No. 5), the Complaint (ECF No. 1) should be DISMISSED WITHOUT PREJUDICE.

I. Background

Rodriguez alleges that slipped and fell due to a water leak in his cell. ECF No. 1 at 3. Rodriguez alleges that he suffered a "busted head, major back and neck pains, and ear symptoms popping noises." ECF No. 1 at 3. He states that he was refused

emergency treatment by Nurse Rhodes and was instructed to fill out a sick call form instead. ECF No. 1 at 3.

Rodriquez seeks monetary damages for the denial of medical care and negligence, and asks that the Court order Defendants to provide him with medical care, including an x-ray of his neck and back. ECF No. 1 at 4.

On September 9, 2020, Rodriguez was ordered to amend his Complaint to state whether he was seeking damages under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), or the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §2671, *et seq.*, and to provide allegations of deliberate indifference or negligence to support either claim. ECF No. 5. Rodriguez was also instructed to specify what injury he allegedly suffered because of the denial of medical care. Finally, Rodriguez was ordered to provide copies of his administrative grievances or tort claim forms, as well as any responses received. ECF No. 5.

## II. Law and Analysis

A district court may dismiss an action for the plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte*. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

Rodriguez has failed to comply with the Court's Order (ECF No. 5) to amend his Complaint by October 9, 2020, and he has not requested an extension of time within which to comply.

### III.   Conclusion

Because Rodriguez has failed to comply with the Court's Order (ECF No. 5), IT IS RECOMMENDED that the Complaint (ECF No. 1) be DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), any party may serve and file with the Clerk of Court written objections to this Report and Recommendation within fourteen (14) days after being served with a copy thereof, unless an extension of time is granted under Fed. R. Civ. P. 6(b).  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  No other briefs (such as supplemental objections or reply briefs) may be filed, unless a party shows good cause and obtains leave of court.  The District Judge will consider timely objections before issuing a final ruling.

A party's failure to file written objections to the proposed factual findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days after being served with a copy thereof, or within any extension of time granted by the Court under Fed. R. Civ. P. 6(b), shall bar that party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

SIGNED on Thursday, November 5, 2020

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE