UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ADAM S. RODRIGUEZ,                          CIVIL DOCKET NO. 1:20-CV-936-P
Plaintiff

VERSUS                                      JUDGE DRELL

J. BALTAZAR, *ET AL.*,                      MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaint (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 2ⁿᵈ day of December, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE